FILED
NOV 17 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>INDICTMENT</u> |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4 :26 CR 0518 |
| | ) | Title 18, United States Code, Sections 1791(a)(1), (b)(3), and (d); |
| PENNY BOGAN, | ) | Title 21, United States Code Sections 841(a)(1) and (b)(1)(D) |
| Defendant. | ) | JUDGE FLEMING |

COUNT 1
(Providing Contraband in Prison,
18 U.S.C. §§ 1791(a)(1), (b)(3) and (d))

The Grand Jury charges:

1. On or about November 1, 2026, in the Northern District of Ohio, Eastern Division, Defendant PENNY BOGAN attempted to provide prohibited objects, as defined in 18 U.S.C. § 1791(d), that is, approximately 4 grams of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and approximately 7 grams of tobacco, to one or more inmates of the Northeast Ohio Correctional Center, a correctional facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(3), and (d).

COUNT 2
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(l) and (b)(1)(D))

The Grand Jury further charges:

2. On or about November 1, 2026, in the Northern District of Ohio, Eastern Division, Defendant PENNY BOGAN did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(l) and (b)(l)(D).

FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 2 is incorporated herein by reference. As a result of the foregoing offense, Defendant PENNY BOGAN shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of such violation; and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.